UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ADAM JEFFREY MULIKIN,

JUDGMENT
03-CV- 4053 (JG)

Plaintiff,

-against-

EQUIFAX INFORMATION SERVICES, et al.,

Defendants.
-----------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUN 2 2006 ★
BROOKLYN OFFICE

An Order of Honorable John Gleeson, United States District Judge, having been filed on May 30, 2006, dismissing the case as abandoned for plaintiff's failure to respond to the Court's Order to Show Cause of August 11, 2005; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that the case is dismissed as abandoned for plaintiff's failure to respond to the Court's Order to Show Cause of August 11, 2005.

Dated: Brooklyn, New York
       June 02, 2006

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court